UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 4:06-cr-23 |
| vs. ) | |
| ) | JUDGE MATTICE |
| CAROL ANN O'NEAL ) | MAGISTRATE JUDGE CARTER |
| RONNIE LEE YOUNG ) | |
| ) | |

MEMORANDUM & ORDER
ARRAIGNMENT ON INDICTMENT

In accordance with Rule 10 of the Federal Rules of Criminal Procedure, the arraignment of the defendants CAROL ANN O'NEAL and RONNIE LEE YOUNG on the indictment returned by the Grand Jury was held before the undersigned on August 17, 2006.

Those present for the hearing included:

(1) Assistant U.S. Attorney Perry H. Piper.
(2) Defendant CAROL ANN O'NEAL.
(3) Attorney Lee Ortwein for defendant O'Neal.
(4) Defendant RONNIE LEE YOUNG.
(5) Attorney Carl Eugene Shiles, Jr. for defendant Young.
(6) Deputy Clerk Russell Eslinger.
(7) Court reporter Shannan Andrews.

After being sworn in due form of law, the defendants were informed or reminded of their privilege against self-incrimination accorded them under the 5th Amendment to the United States Constitution.

The persons present were the defendants named in the indictment.

Each of the defendants acknowledged having been provided with a copy of the indictment and having the opportunity of reviewing the indictment with their respective attorneys. Each of the defendants waived a formal reading in open court of the indictment. The Court entered a not guilty plea for defendant O'Neal upon her entry of no plea. Defendant Young entered a plea of not guilty to each count of the indictment.

Presently, the cases are assigned the dates set forth in a separate Modified Discovery and Scheduling Order filed with this Court.

ENTER.

s/*Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE